FILED

12/09/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0678

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0678

_____

SUNSET IRRIGATION DISTRICT; CAROLYN
R. MACK and CHRISS A. MACK,

        Claimants and Appellees,

UNITED STATES OF AMERICA (FISH AND           O R D E R
WILDLIFE SERVICE); GLENDA F.
ANDERSON; JIMMY A. ANDERSON;
JOHN ANDERSON; ROWDY ANDERSON,

        Objectors and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Russ McElyea, Chief Water Court Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 9 2020